PROB 12C
(7/93)

Report Date: June 5, 2015

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2015

SEAN F. MCAVOY, CLERK

Name of Offender: John Harrison Ray Andrews                Case Number: 0980 2:14CR00014-RMP-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: July 10, 2014

Original Offense:        Theft of Government Property (Under $1,000), 18 U.S.C. § 641

Original Sentence:     Probation: 24 months                 Type of Supervision: Probation

Asst. U.S. Attorney:   Caitlin A. Baunsgard                 Date Supervision Commenced: July 10, 2014

Defense Attorney:     Kent Neil Doll, Jr.                   Date Supervision Expires: 07/09/2016

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Andrews submitted urine samples which tested positive for marijuana on December 16, 2014; April 1 and 8, 2015.  The defendant adamantly denies the use of any illegal substances.  On May 22, 2015, the defendant submitted a random urine sample that was identified as being an adulterated specimen, with a zero specific gravity reading, and it could not be tested.  The defendant was directed to wait in the lobby until he could provide a valid sample, but insisted if he did not return to work, he would lose his job.  Mr. Andrews was allowed to leave the probation office. The sample taken on May 22, 2015, was sent to the lab for analysis, which found the creatinine was dilute and alcohol was detected. |
| 2 | **Special Condition # 14**: You shall complete 200 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer.  The hours are to be completed in full no later than July 9, 2016. |

Prob12C
**Re: Andrews, John Harrison Ray**
**June 5, 2015**
**Page 2**

        **Supporting Evidence**: The probation officer in the Western District of Washington has attempted to verify Mr. Andrews is complying with the condition he complete no less than 10 hours of community service hours per month. Mr. Andrews was asked to provide documentation of his hours on December 18, 2014; April 1 and May 21, 2015. To date, the defendant has not provided documentation that any of the 200 community service hours have been completed.

3    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Andrews was referred to a structured drug testing program and was directed to report for random testing. He failed to report for random urinalysis testing on the following dates: May 7, 11, 12 and 13, 2015. On May 21, 2015, the defendant was asked about the missed tests and he advised he lost the number. Mr. Andrews related he attempted to call the officer to resolve the issue, but no one called him back. However, he stated he never left a message requesting he be called back.

The U.S. Probation Office respectfully recommends the Court issue a summons for the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/05/2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

June 5, 2015
Date