PROB 12C
(7/93)

Report Date: July 13, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Harrison Ray Andrews     Case Number: 0980 2:14CR00014-RMP-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: July 10, 2014

| | |
|---|---|
| Original Offense: | Theft of Government Property (Under $1,000), 18 U.S.C. § 641 |
| Original Sentence: | Probation - 24 Months     Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard     Date Supervision Commenced: July 10, 2014 |
| Defense Attorney: | Kent Neil Doll, Jr.     Date Supervision Expires: July 9, 2016 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/05/2015.**

The probation officer believes the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

4     **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Andrews provided a urine specimen on June 26, 2015, which tested presumptive positive for tetrahydrocannabinol (THC). The defendant denied drug use and the sample was sent for further laboratory analysis which was confirmed positive for marijuana metabolite on July 3, 2015.

Prob12C
**Re: Andrews, John Harrison Ray**
**July 13, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation contained in this petition with the other violations pending before the Court.
[x]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanne Malouf Peterson*

Signature of Judicial Officer

7/15/15

Date